IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Stankovic, Dragoslav | Case Number: 08 B 08865 |
|---|---|---|
| | Stankovic, Valentina | Judge: Squires, John H |
| | Printed: 8/26/08 | Filed: 4/11/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 16, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 2. | Tara Ridge Condo Assoc | Secured | 4,944.48 | 0.00 |
| 3. | American Honda Finance Corporation | Secured | 13,257.21 | 0.00 |
| 4. | Cook County Treasurer | Secured | 826.51 | 0.00 |
| 5. | America's Servicing Co | Secured | 5,370.00 | 0.00 |
| 6. | Target National Bank | Unsecured | 424.79 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 95.88 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 86.13 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 35.14 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 61.72 | 0.00 |
| 11. | Jefferson Capital | Unsecured | 80.43 | 0.00 |
| 12. | World Financial Network Nat'l | Unsecured | 42.34 | 0.00 |
| 13. | World Financial Network Nat'l | Unsecured | 31.63 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 122.36 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 300.09 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 86.79 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 58.52 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 56.05 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 87.67 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 35.90 | 0.00 |
| 21. | Fingerhut | Unsecured | 44.64 | 0.00 |
| 22. | Resurgent Capital Services | Unsecured | 103.12 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 875.87 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 78.91 | 0.00 |
| 25. | Resurgent Capital Services | Unsecured | 39.88 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Stankovic, Dragoslav | Case Number: 08 B 08865 |
| --- | --- | --- |
| | Stankovic, Valentina | Judge: Squires, John H |
| | Printed: 8/26/08 | Filed: 4/11/08 |

| | | | | |
| --- | --- | --- | --- | --- |
| 26. | American General Finance | Unsecured | 310.60 | 0.00 |
| 27. | ECast Settlement Corp | Unsecured | 102.06 | 0.00 |
| 28. | Advocate Christ Hospital | Unsecured | | No Claim Filed |
| 29. | Oak Forest Hospital | Unsecured | | No Claim Filed |
| 30. | Oak Lawn Fire Department | Unsecured | | No Claim Filed |
| 31. | HSBC | Unsecured | | No Claim Filed |
| 32. | Chase | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 27,558.72 | $ 0.00 |

## TRUSTEE FEE DETAIL

Fee Rate             Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

